Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY, ) | IN ADMIRALTY |
| ) | |
| Plaintiff, ) | Case No._____ |
| ) | |
| vs. ) | |
| ) | COMPLAINT |
| MITCHELL L. EIDE; and ) | |
| the F/V WIND WALKER, ) | Without Payment of Costs |
| Official Number 648796, her ) | 28 U.S.C. §1916 |
| machinery, equipment, appurtenances ) | |
| and cargo, *in rem*, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the plaintiff and complains of the defendants alleging upon information and belief as follows:

1. Plaintiff NICHOLAS DANISCHEWSKY brings and maintains this action pursuant to 28 U.S.C. § 1333, the Jones Act (46 U.S.C. § 688), U.S. Const. Art. III, § 2, and the General Maritime law.

2. Plaintiff is a resident of the State of California.

3. Plaintiff is a seaman and a ward of this Court and elects to take advantage of the provisions of 28 U.S.C. § 1916 to proceed without prepayment of costs and fees.

4. Defendant MITCHELL L. EIDE is a resident and citizen of the State of Alaska.

5. The F/V WIND WALKER is a vessel documented by the United States, Official Number 648796. Said vessel has its home port in the District of Alaska or will be found in the District of Alaska during the pendency of this action. During all times herein mentioned said vessel was owned or bareboat chartered or otherwise operated by one or more of the defendants, and was engaged in maritime commerce.

6. At all times herein mentioned, plaintiff was employed by defendant Mitchell L. Eide as a member of the crew, in the service of the F/V WIND WALKER and was at all times acting within the course and scope of his duties as a seaman in furtherance of the mission of said vessel.

8. At all material times, defendant MITCHELL L. EIDE was the owner of the defendant vessel WIND WALKER.

9. On or about July 13, 2003, while said vessel was in navigable waters, plaintiff suffered injuries aboard the vessel.

10. Said injuries, disabilities and damages were directly and proximately caused by the unseaworthiness of the vessel; the negligence, in whole or in part, of the defendants and their agents, servants and employees; and the failure of defendants to provide a reasonably safe place to work.

11. As a direct and proximate result of the foregoing, plaintiff was caused to and did incur reasonable charges for medical care and attention.

12. As a further result of the foregoing, plaintiff was rendered unable to engage in his normal and usual occupation for a period of time.

13. Plaintiff demands maintenance from the defendants in a per diem amount to recuperate on land with room and board at least equal to that received on defendant's vessel, until the plaintiff reaches maximum cure or until plaintiff is declared fit for duty, whichever last occurs. Plaintiff further demands the actual cost of his cure until the plaintiff is fully cured; and, if never cured, plaintiff demands the cost of cure for the remainder of plaintiff's natural life.

14. Plaintiff is entitled to earned/unearned wages including overtime for the term of his contract.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

1. For a declaration that the plaintiff holds claim to a preferred maritime lien against defendant vessel, her engines, machinery, appurtenances and cargo;

2. For arrest, condemnation and sale of the defendant vessel including her engines, machinery, appurtenances and cargo;

3. For general damages as are reasonable and fair;

4. For such special damages as may be shown by the proofs herein;

5. For maintenance and cure;

6. For earned/unearned wages and double wage penalties;

7. For pre-judgment interest on all claims as is in the law provided;

8. For costs of suit and reasonable attorneys' fees;

9. For such other and further relief, including punitive damages, as is meet and just in the circumstances.

DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable in this matter.

DATED 12 July 2006
s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048