Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| NICHOLAS DANISCHEWSKY, | ) | IN ADMIRALTY |
| Plaintiff, | ) | Case No._____ |
| vs. | ) | |
| MITCHELL L. EIDE; and the F/V WIND WALKER, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*, | ) | VERFICIATION |
| Defendant. | ) | |

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) ss. | |
| THIRD JUDICIAL DISTRICT | ) | |

I, CHARLES W. RAY, JR., being first duly sworn, state that:

1.  I am the attorney for the plaintiff in this action and have knowledge of the matters asserted in the Complaint based upon information provided from the plaintiff.

Verification
Danischewsky v Eide, et al.
Page 1 of 2   Danischewsky Verification

2.  Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the allegations of the Complaint are true and correct to the best of my knowledge and belief.

DATED this 12th day of July, 2006.

_____
Charles W. Ray, Jr.

SUBSCRIBED AND SWORN TO before me this 12th day of July, 2006.

_____
Notary Public in and for Alaska
My commission expires: 5/2/09

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
DIANA L. CRAMER
My Commission Expires: 5/2/09

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Verification
Danischewsky v Eide, et al.
Page 2 of 2   Danischewsky Verification