Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| NICHOLAS DANISCHEWSKY, | ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-CV-00168 (TMB) |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF FILING |
| MITCHELL L. EIDE; and | ) | AFFIDAVIT OF SERVICE |
| the F/V WIND WALKER, | ) | OF SUMMONSES AND COMPLAINT |
| Official Number 648796, her | ) | |
| machinery, equipment, appurtenances | ) | |
| and cargo, *in rem*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Plaintiff, through his attorney of record, Charles W. Ray, Jr., gives notice of the filing of the attached Affidavit of Service of Summonses and Complaint, and exhibits thereto.

DATED 14 September 2006
s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
        craylaw@aol.com
ABA# 8406048

NOTICE OF FILING AFFIDAVIT OF SERVICE
Danischewsky v Eide, et al.
Page 1 of 1   Danischewsky Affidavit.notice