Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY, ) | IN ADMIRALTY |
| ) | |
| Plaintiff, ) | Case No. 3:06-CV-00168 (TMB) |
| ) | |
| vs. ) | |
| ) | |
| MITCHELL L. EIDE; and ) | |
| the F/V WIND WALKER, ) | |
| Official Number 648796, her ) | |
| machinery, equipment, appurtenances ) | AFFIDAVIT OF SERVICE OF |
| and cargo, *in rem*, ) | SUMMONSES AND COMPLAINT |
| ) | |
| Defendant. ) | |

STATE OF ALASKA      )
                    ) ss.
THIRD JUDICIAL DISTRICT )

I, CHARLES W. RAY, JR., being first duly sworn, state that:

1.   I am the attorney for plaintiff in this matter, and have personal knowledge of the truth of the statements made herein.

2.   Defendant Michael L. Eide was served with a copy of the Summons, Complaint and Notice of Right to Disposition by Magistrate via Certified Mail, Restricted

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

AFFIDAVIT OF SERVICE
Danischewsky v Eide, et al.
Page 1 of 2   Danischewsky Affidavit.service

Delivery, Return Receipt Requested, on 8 September 2006, as shown on the U.S. Postal Service return receipt, a copy of which is attached as Exhibit 1 to this affidavit.

3. Defendant vessel the F/V WIND WALKER, through its owner Blair Martens, was served with a copy of the Summons, Complaint and Notice of Right to Disposition by Magistrate via Certified Mail, Restricted Delivery, Return Receipt Requested, on 8 September 2006, as shown on the U.S. Postal Service return receipt, a copy of which is attached as Exhibit 2 to this affidavit.

DATED this 14th day of September, 2006.

_____
Charles W. Ray, Jr.

SUBSCRIBED AND SWORN TO before me this 14th day of September, 2006.

_____
Notary Public in and for Alaska
My commission expires: 5/2/09

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
DIANA L. CRAMER
My Commission Expires: 5/2/09

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

AFFIDAVIT OF SERVICE
Danischewsky v Eide, et al.
Page 2 of 2   Danischewsky Affidavit.service

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ illegible  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP X 6 2006 |
| 1. Article Addressed to:<br><br>Mitchell L. Eide<br>P.O. Box 981<br>Petersburg, AK 99833 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0002 7774 8074 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
SEP 1 1 2006
LAW OFFICES OF
CHARLES W. RAY, JR., PC

LAW OFFICES OF
CHARLES W. RAY, JR., PC
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

346.1

EXHIBIT 1
Page 1 of 1

CAL'D 9/28
ATTY
CC CLIENT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shelly Levy_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  9-8-06 |
| 1. Article Addressed to:<br><br>Blair Martens, Owner<br>The F/V WIND WALKER<br>P.O. Box 734<br>Peterburg, AK 99833 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7001 2510 0002 7774 8067 |
| PS Form 3811, February 2004 | Domestic Return Receipt          102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICES OF
CHARLES W. RAY, JR., PC
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

RECEIVED
SEP 11 2006
LAW OFFICES OF
CHARLES W. RAY, JR., PC

346.1

EXHIBIT 2
Page 1 of 1