COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox (SBN 076142)
Laura A. Scales (SBN 215543)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants,
MITCHELL L. EIDE; and
the F/V WIND WALKER

RECEIVED
OCT 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL L. EIDE; AND THE F/V WIND WALKER, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*, <br><br> Defendants. | Case No.: 3:06-CV-00168TMB <br><br> MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

**TO THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:**

I, Terence S. Cox, hereby apply for permission to appear and participate as counsel for MITCHELL L. EIDE and the F/V WIND WALKER, *in rem*, defendants, in the above entitled case pursuant to Rule 83.1 (c) of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel pursuant to the reasons set forth in the attached memorandum.

Dated: October 26, 2006

_____
Terence S. Cox, 190 The Embarcadero,
San Francisco, CA 94105

IT IS SO ORDERED.

Dated: October 26, 2006

_____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

-1-   Case No. 3:06-CV-00168TMB
MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN...

| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Laura A. Scales (SBN 215543) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendants, |
| 6 | MITCHELL L. EIDE; and |
| | the F/V WINDWALKER, *in rem* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY, | Case No.: A05-0053CV (JWS) |
| Plaintiff, | **MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA** |
| v. | |
| MITCHELL L. EIDE and the F/V WIND WALKER, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*, | |
| Defendants. | |

**TO THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:**

I, Terence S. Cox, submit the following Memorandum and Declaration in Support of my motion to hereby apply for permission to appear and participate as counsel for MITCHELL L. EIDE and the F/V WIND WALKER, *in rem*, defendants, in the above entitled case pursuant to Rule 83.1 (c) of the Local Rules for the United States District Court, District of Alaska.

I hereby declare under penalty of perjury that:

1. I am an attorney at law residing in California.

2. My office address is: 190 The Embarcadero, San Francisco, California 94105.

3. My residence address is: 155 Van Winkle Drive, San Anselmo 94960.

4. I have been practicing law for twenty nine years since I received my J.D. from the University of Santa Clara School of Law in 1977.

MOAC.Huntress/2186

-1-   Case No. A05-0053CV (JWS)
MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY ...

5. I am in good standing with the California Bar Association and have never had any disciplinary actions or investigations opened regarding my practice.

6. I have been admitted to the California Bar since 1977, the Northern District of California since 1977, the Eastern District of California 1980, the Ninth Circuit Court of Appeals since 1983, the Central District of California since 1989, the United States Supreme Court since 1990, the District of Arizona since 1994 and the Southern District of California since 1997. I have tried and handled cases in each of those districts. I have been admitted Pro Hac Vice to the Western District of Washington and tried two cases within that District.

7. I have always been in good standing in each of those districts and have never been sanctioned in any way for any inappropriate or unprofessional behavior in any of those districts.

8. I am requesting permission to appear and participate as counsel in this matter without the association of local counsel. No association of local counsel is necessary on this matter because I can and will appear telephonically for scheduled appearances. In the instances where telephonic appearances are not allowed, I will personally attend.

9. I am very familiar with the federal maritime laws that are applicable to this case and have read the local rules of this Court.

10. I was retained in this case because of my expertise in maritime law and my clients wish for me to represent them in this case.

11. Attached hereto as **Exhibit A** is a true and correct copy of a Certificate of Good Standing issued on my behalf by the United States District Court, Northern district of California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this Declaration was executed

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

MOAC.Huntress/2186

| | |
|---|---|
| 1 | on October 26, 2006, at San Francisco, California. |

*/s/ Terence S. Cox*

Terence S. Cox
COX, WOOTTON, GRIFFIN,
HANSON & POULOS LLP
190 The Embarcadero,
San Francisco, CA 94105

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

MOAC.Huntress/2186

-3-   Case No. A05-0053CV (JWS)
MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY ...