# Certificate of Good Standing

United States of District Court )
                                ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Terence P. Cox, Bar No. 76142** was duly admitted to practice in said Court on **December 21, 1977**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on September 27, 2006

Richard W. Wieking
Clerk



RECEIVED
OCT 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## PROOF OF SERVICE

Case: *Nicholas Danischewsky v. Mitchell L. Eide, et al.*

Case No.: USDC, District of Alaska, No.: 3:06-CV-00168TMB

I am employed in the City and County of San Francisco by the law firm of COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On October 27, 2006, I served the attached document(s):

- **MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF ALASKA;**

- **MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF ALASKA.**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except facsimile transmission(s)), addressed as shown below, for service as designated below:

**(A)** <u>By First Class Mail</u>: I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee on the date indicated.

**(B)** <u>By Personal Service</u>: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)** <u>By Messenger Service</u>: I caused each such envelope to be delivered to a courier employed by FIRST LEGAL SUPPORT SERVICES or by WORLDWIDE ATTORNEY SERVICES, with both of whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

**(D)** <u>By Federal Express</u>:   I caused each such envelope to be delivered to Federal Express Corporation at San Francisco, California, with whom we have a direct billing

Case No.: C05-1074SI

account, to be delivered to the addressee(s) on the next business day. I deposited each such envelope/package at the 180 Steuart Street location of Federal Express Corporation.

**(E)** <u>By Facsimile</u>: I caused such document to be served via facsimile electronic equipment transmission (fax) on the party(ies) in this action by transmitting a true copy to the following fax numbers:

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---|---|---|
| A | Robert Clough<br>Geisness Law Firm<br>Colman Building, 811 First Avenue, Suite 675<br>Seattle, WA 98104<br>Tel: 206 728 8866<br>Fax: 206-728-1173 | Attorney for Plaintiff<br>Nicholas Danischewsky |
| A | Charles W. Ray, Jr.<br>Law Offices of Charles W. Ray, Jr. P.C.<br>711 H Street, Suite 310<br>Anchorage, AK 99501<br>Tel: (907) 274-4839 | Local Counsel for Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed this October 27, 2006, at San Francisco, California.

_____
Terri M. Yee

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601
IMU.WindWalker/2336

Case No.: C05-1074SI