```
             UNITED STATES
             DISTRICT COURT
              District of Alaska
              Anchorage Division

             # 00129218 - SF
             October 30, 2006


    Code    Case #    Qty       Amount

  6855XX-N  06-168 CV           150.00 CK


         TOTAL→           150.00



    FROM: COX WOOTON ET AL
          NON RES ATTY FEE FOR
          TERENCE S. COX
          3:06-CV-00168TMB
```