ORIGINAL

RECEIVED

NOV 2 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

1 | **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 | Terence S. Cox (SBN 076142)
Laura S. Raffetto (SBN 215543)
3 | 190 The Embarcadero
San Francisco, CA 94105
4 | Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

5

6 | Attorneys for Defendants,
MITCHELL L. EIDE; and
the F/V WIND WALKER

7

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF ALASKA

10 | NICHOLAS DANISCHEWSKY,  ) Case No.: 3:06-CV-00168TMB
11 |         Plaintiff, ) **DEFENDANTS' ANSWER TO**
**PLAINTIFF'S COMPLAINT FOR**
12 | v. ) **DAMAGES AND DEMAND FOR**
**JURY TRIAL**
13 | MITCHELL L. EIDE; AND THE F/V )
WIND WALKER, Official Number )
14 | 648796, her machinery, equipment, )
appurtenances and cargo, *in rem*, )
15 | )
        Defendants. )
16

17

18 | Defendants MITCHELL L. EIDE and the F/V WINDWALKER, *in rem*,

19 | ("Defendants"), by and through their attorneys, hereby answers Plaintiff NICHOLAS

20 | DANISCHEWSKY's ("Plaintiff") Complaint for Damages ("Complaint") as follows:

21 | 1. Paragraph 1 of the Complaint contains no charging allegations with regard to

22 | Defendants, and therefore requires no answer. Insofar as Paragraph 1 can be said to contain

23 | charging allegations, Defendants lacks sufficient information and belief to respond to those

24 | allegations, and on that basis denies the same.

25 | 2. Defendants lacks sufficient information and belief to respond to the allegations

26 | contained in Paragraph 2 of the Complaint, and on that basis denies the same.

27 | 3. Paragraph 3 of the Complaint contains no charging allegations with regard to

28 | Defendants, and therefore requires no answer. Insofar as Paragraph 3 can be said to contain

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.WindWalker/2336

1  charging allegations, Defendants lacks sufficient information and belief to respond to those

2  allegations, and on that basis denies the same.

3      4.  Answering Paragraph 4 of the Complaint, Defendants lacks sufficient information

4  and belief to respond to the allegations, and on that basis denies the same.

5      5.  Answering Paragraph 5 of the Complaint, Defendants admit the F/V WIND

6  WALKER is a vessel documented by the United States, Official Number 648796.

7  Defendants further admit that it operated the vessel F/V WIND WALKER at all times

8  pertinent to this action. Defendant no longer owns or operates the F/V WIND WALKER

9  Defendants lacks sufficient information and belief to respond to the remaining allegations

10  contained in Paragraph 5 of the Complaint, and on that basis denies the same.

11      6.  Answering Paragraph 6 of the Complaint, Defendants admit that they employed

12  Plaintiff as a member of the crew.  Defendants deny the remaining allegations contained in

13  Paragraph 6 of the Complaint.

14      7.  Paragraph 7 was omitted by the Plaintiff.

15      8.  Defendants admit the allegations contained in Paragraph 8.

16      9.  Paragraph 9 of the Complaint contains no charging allegations with regard to

17  Defendants, and therefore requires no answer.  Insofar as Paragraph 9 can be said to contain

18  charging allegations, Defendants lacks sufficient information and belief to respond to those

19  allegations, and on that basis denies the same.

20      10. Defendants deny the allegations contained in Paragraph 10 of the Complaint.

21      11. Answering Paragraph 11 of the Complaint, Defendants lack sufficient

22  information and belief to respond to the allegations contained in that paragraph, and on that

23  basis deny the same.

24      12. Answering Paragraph 12 of the Complaint, Defendants lack sufficient

25  information and belief to respond to the allegations contained in that paragraph, and on that

26  basis deny the same.

27      13. Defendants deny the allegations contained in Paragraph 13 of the Complaint.

28      14. Defendants deny the allegations contained in Paragraph 14 of the Complaint.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.WindWalker/2336

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Cause of Action)

AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that neither Plaintiff's Complaint, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action against these answering Defendants.

**SECOND AFFIRMATIVE DEFENSE**

(Contributory Negligence)

AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff was negligent in and about the matters alleged in the Complaint and in each cause of action therein, and that such negligence contributed directly and proximately to the accident and damages, if any, alleged therein.

**THIRD AFFIRMATIVE DEFENSE**

(Comparative Negligence)

AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that the injuries and damages complained of by Plaintiffs, if any there were, were directly and proximately caused, either wholly or in part, by the negligence of persons or entities other than Defendants, and that such negligence is either imputed to Plaintiffs by reason of the relationship between Plaintiffs and such persons or entities, or comparatively reduces the proportion of negligence and corresponding liability of Defendants

**FOURTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that Plaintiffs have unreasonably failed to act in such a manner as to mitigate the damages of which they complain, if any there were.

**FIFTH AFFIRMATIVE DEFENSE**

(Laches)

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.WindWalker/2336

-3-                                                                 Case No. 3:06-CV-00168TMB
DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1   AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege

2   that plaintiffs have unreasonably delayed notifying the answering Defendants of their claim

3   alleged in their complaint herein and has unreasonably delayed prosecuting the same for

4   over one year after the alleged cause of action arose; that by reason of such delay,

5   recollections of witnesses have become unclear, witnesses have become unavailable; that

6   such delay has prejudiced the answering Defendants in preparing and presenting their

7   defenses herein; and that by reason of these premises, Plaintiffs' claims and actions thereon

8   are barred by laches.

9   ### SIXTH AFFIRMATIVE DEFENSE

10  (Statute of Limitations)

11  AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege

12  that Plaintiffs' Complaint and claims against Defendants are barred by the applicable statute

13  of limitations.

14  ### SEVENTH AFFIRMATIVE DEFENSE

15  (Primary Duty Rule)

16  AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant alleges

17  that its liability should be reduced or eliminated pursuant to Plaintiff's breach of one or

18  more duties under the General Maritime Law, including but not limited to the primary duty

19  rule or the Walker doctrine.  Specifically, Defendant alleges that the claimed unseaworthy

20  condition, if any, was due wholly and solely to a failure on Plaintiff's part to perform the

21  duties that were assigned to him.

22  ### EIGHTH AFFIRMATIVE DEFENSE

23  (Exclusive Remedy-Longshore Act)

24  AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant alleges

25  that Plaintiff's Complaint and the causes of action stated therein are barred by the applicable

26  provisions of 33 U.S.C. § 901 et seq., in that plaintiff's exclusive remedy is under the

27  federal Longshore and Harbor Workers' Compensation Act.

28  ///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.WindWalker/2336

1

## NINTH AFFIRMATIVE DEFENSE

2

(Exclusive remedy-State Workers Compensation)

3    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, the answering

4    Defendant alleges that said cause of action is barred by the provisions of the Alaska

5    Workers' Compensation Act, and in particular Alaska Statute, Labor and Workers'

6    Compensation Title 23, Chapter 30 et seq., in that plaintiff's exclusive remedy is under the

7    Alaska Workers' Compensation Act.

8

## TENTH AFFIRMATIVE DEFENSE

9

(Plaintiff Is Not A Jones Act Seaman)

10    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant alleges

11    that Plaintiff is not a "seaman" within the meaning of the Jones Act, 46 U.S.C. § 688, *et*

12    *seq.*, and corresponding general maritime or common law, and therefore is not entitled to

13    the rights, remedies, and benefits conferred thereby.

14

## ELEVENTH AFFIRMATIVE DEFENSE

15

(Other Defenses Available)

16    DEFENDANTS ALLEGE that they presently have insufficient knowledge or

17    information on which to form a belief as to whether they may have additional, as yet

18    unstated, defenses available.  Defendants reserve the right to assert additional defenses in

19    the event that discovery indicates that they would be appropriate.

20

21

## REQUESTED RELIEF

22    WHEREFORE, Defendants hereby requests that:  (1) Plaintiffs take nothing by

23    reason of the Complaint; (2) the Complaint and each cause of action alleged therein be

24    dismissed with prejudice and at Plaintiffs' cost; (3) judgment entered in favor of Defendants

25    including costs of suit; and (4) such other and further relief as the Court deems just and

26    proper.

27    Dated:  November 17, 2006

28

Terence S. Cox
COX, WOOTTON, GRIFFIN,
HANSON & POULOS LLP

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.WindWalker/2336

1

## PROOF OF SERVICE

2

Case:    ***Nicholas Danischewsky v. Mitchell L. Eide, et al.***

3

Case No.:    **USDC, District of Alaska, No.:  3:06-CV-00168TMB**

4

     I am employed in the City and County of San Francisco by the law firm of COX,

5

WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The Embarcadero, San

6

Francisco, California 94105.  I am over the age of 18 years and not a party to the within

7

action.

8

     On November 17, 2006, I served the attached document(s):

9

**DEFEDNANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND**

10

**DEMAND FOR JURY TRIAL**

11

on the parties, through their attorneys of record, by placing copies thereof in sealed

12

envelopes (except facsimile transmission(s)), addressed as shown below, for service as

13

designated below:

14

**(A)**    By First Class Mail:  I caused each such envelope, with first-class postage thereon

15

fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San

16

Francisco, California, for collection and mailing to the addressee on the date indicated.

17

**(B)**    By Personal Service:  I caused each such envelope to be personally delivered to the

18

addressee(s) by a member of the staff of this law firm on the date indicated.

19

**(C)**    By Messenger Service:  I caused each such envelope to be delivered to a courier

20

employed by FIRST LEGAL SUPPORT SERVICES or by WORLDWIDE ATTORNEY

21

SERVICES, with both of whom we have a direct billing account, who personally delivered

22

each such envelope to the addressee(s) on the date indicated.

23

**(D)**    By Federal Express:    I caused each such envelope to be delivered to Federal

24

Express Corporation at San Francisco, California, with whom we have a direct billing

25

account, to be delivered to the addressee(s) on the next business day.  I deposited each such

26

envelope/package at the 180 Steuart Street location of Federal Express Corporation.

27

**(E)**    By Facsimile:  I caused such document to be served via facsimile electronic

28

equipment transmission (fax) on the party(ies) in this action by transmitting a true copy to

the following fax numbers:

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL. 415-438-4600
FAX 415-438-4601

IMU:WindWalker/2336

Case No.: C05-1074SI

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---------|-----------|-------------------|
| A | Robert Clough<br>Geisness Law Firm<br>Colman Building, 811 First Avenue, Suite 675<br>Seattle, WA 98104<br>Tel: 206 728 8866<br>Fax: 206-728-1173 | Attorney for Plaintiff<br>Nicholas Danischewsky |
| A | Charles W. Ray, Jr.<br>Law Offices of Charles W. Ray, Jr. P.C.<br>711 H Street, Suite 310<br>Anchorage, AK 99501<br>Tel: (907) 274-4839 | Local Counsel for Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed this November 17, 2006, at San Francisco, California.

_Terri M. Yee_
Terri M. Yee

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.WindWalker/2336

Case No.: C05-1074SI