**LAW OFFICES OF**
**CHARLES W. RAY, JR. P.C.**
Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Attorney for Plaintiff,
NICK DANISCHEWSKY


**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Terence S. Cox (CA SBN 076142)
Laura S. Raffetto (CA SBN 215543)
190 The Embarcadero
San Francisco, CA 94105
(415) 438-4600

Attorneys for Defendants
MITCHELL L. EIDE; and
the F/V WIND WALKER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY,<br><br>                    Plaintiff<br>        vs<br><br>MITCHELL L. EIDE; AND THE *F/V WIND WALKER*, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*,<br><br>                    Defendants | Case No. 3:06-CV-00168TMB<br><br><br>**JOINT REPORT OF RULE 26(f)**<br>**PLANNING MEETING** |

1.      **Meeting**. In accordance with Fed. R. Civ. P. 26(f), a meeting was held on Tuesday, December 12, 2006 and was attended by: **Bob Clough, attorney for plaintiff and Terence Cox and Laura Raffetto, attorneys for defendant.**

**The parties recommend the following:**

2.      **Pre-Discovery Disclosures**.  The information required by FED. R. CIV. P. 26(a)(1):

_____ have been exchanged by the parties

 X   will be exchanged by the parties by: **Monday, January 15, 2007**

Proposed changes to disclosure requirements:
**Preliminary witness lists**

_____ have been exchanged by the parties

 X   will be exchanged by the parties by: **Monday, January 15, 2007**

3.      **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability, contributory negligence, causation, nature and extent of injuries and amount of damages.

4.      **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

   **A. Discovery will be needed on the following issues:**

Depositions of the plaintiff, the defendant, the crew members aboard the *F/V Wind Walker*, the plaintiff's treating physician(s), any retained expert physicians and liability experts and possibly vocational rehabilitation experts and economists.

   **B. Disclosure or discovery of electronically stored information should be handled as follows:**

Not applicable.

   **C.  The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows:**

The parties agree to exchange privilege logs as to any documents withheld on the basis of the work-product privilege or the attorney-client privilege and to resolve any disputes by motion, unless the court has an alternative preference.

   **D. All discovery commenced in time to be completed by ("discovery close date"):** July 31, 2007.

   **E.  Limitations on Discovery.**

      1.  **Interrogatories**

_____  No change from Fed .R. Civ. P. 33(a)

 X   Maximum of   **50**  by each party to any other party.

Responses due in   __30__ days.

2.  **Requests for Admissions.**

   _X_  No change from Fed. R. Civ. P. 36(a).

   ____  Maximum of _____ requests.

   Responses due in   __30__ days.

3.  **Depositions.**

   _X_  No change from Fed. R. Civ. P. 30(2)(a).

   ____  Maximum of ____ depositions by each party.

   ____  Depositions not to exceed ____ hours unless agreed to by all parties.

F.     **Reports from retained experts.**

   ____  Not later than 90 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

   _X_  Reports due:

   From plaintiff: **45 days before the close of discovery**       From defendant: **30 days before the close of discovery**

G.     **Supplementation of disclosures and discovery responses are to be made:**

   ____  Periodically at 60-day intervals from the entry of scheduling and planning order.

   _X_  As new information is acquired, but not later than 60 days before the close of discovery.

H.     **A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:**

   _X_  45 days prior to the close of discovery.

   ____  Not later than

5.     **Pretrial Motions**.

   _X_  No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   ____  Motions to amend pleadings or add parties to be filed not later than .

Joint Report of Rule 26(f) Meeting            3

\_\_\_\_ Motions under the discovery rules must be filed not later than .

\_\_\_\_ Motions in limine and dispositive motions must be filed not later than .

6.    **Other Provisions**:

   **A.**  \_X\_ The parties do not request a conference with the court before the entry of the scheduling order.

   \_\_\_\_ The parties request a scheduling conference with the court on the following issue(s):

   **B.**  **Alternative Dispute Resolution.  [D.Ak. LR 16.2]**

   \_\_\_\_ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   \_X\_ The parties will file a request for alternative dispute resolution not later than **January 15, 2007**.

   \_X\_ Mediation     \_\_\_\_ Early Neutral Evaluation

   **C.**    **The parties** \_\_\_ **do** \_X\_ **not consent to trial before a magistrate judge.**

   **D.**  **Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1**

   \_\_\_\_ All parties have complied     \_X\_ Compliance not required by any party

7.    **Trial**.

   A.    The matter will be ready for trial:

      \_\_\_\_ 45 days after the discovery close date.

      \_X\_ not later than: **October 15, 2007**.

   B.    This matter is expected to take \_\_5\_\_ days to try.

   C.    Jury Demanded \_X\_ Yes \_\_\_ No

      Right to jury trial disputed?     \_\_\_\_ Yes    \_X\_ No

**DATED  19 December 2006**
/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
          craylaw@aol.com
ABA# 8406048

CONSENT:
COX, WOOTTON, GRIFFIN,
**HANSEN & POULOS, LLP**
Terence S. Cox (CA SBN 076142)
Laura S. Raffetto (CA SBN 215543)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

CERTIFICATE OF SERVICE

I hereby certify that on 19 December 2006, a
copy of the foregoing Joint Scheduling and
Planning Conference Report was served
electronically and by other means on the
following:

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox
Laura S. Raffetto
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601
tcox@cwghp.com
lraffeto@cwghp.com

By: /s/Charles W. Ray, Jr.