| | |
|---|---|
| Charles W. Ray, Jr.<br>LAW OFFICE OF CHARLES W., JR., P.C.<br>711 H Street, Suite 310<br>Anchorage, AK 99501<br>Telephone: (907) 274-4839<br><br>THOMAS M. GEISNESS 1878<br>The Geisness Law Firm<br>Colman Building, Suite 675<br>811 First Avenue<br>Seattle, WA. 98104<br>Telephone: (206) 728-8866<br><br>Attorneys for Plaintiff | HONORABLE TIMOTHY M. BURGESS<br><br>**RECEIVED**<br><br>DEC 2 8 2006<br><br>CLERK U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY,<br><br>v.<br><br>MITCHELL L. EIDE; and the F/V WIND WALKER, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*,<br><br>Defendants. | NO. CV06-00168TMB<br><br>APPLICATION and ORDER FOR LEAVE TO APPEAR PRO HAC VICE |

Name of Applicant:    Thomas M. Geisness

Parties Represented:   Plaintiff Nicholas Danischewsky

Local Counsel       Charles W. Ray, Jr.

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named parties in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

Dated: 12/22/06

Thomas M. Geisness, WSBA#1878

APPLICATION AND ORDER FOR LEAVE TO
APPEAR PRO HAC VICE - 1

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173

ORDER

IT IS ORDERED that the application of Thomas M. Geisness to appear and participate in this action is hereby approved.

DATED this _____ day of _____, 2007.

By: _____
HONORABLE TIMOTHY M. BURGESS

RECEIVED
DEC 28 2006
CLERK US DISTRICT COURT
ANCHORAGE, ALASKA

I CERTIFY that a copy of the foregoing was sent by_____/ sent by mail/hand delivered this 27th day of Dec, 19 2006 to Terence S. Cox

By Diana K Cramer
Secretary to Charles W Ray Jr

APPLICATION AND ORDER FOR LEAVE TO
APPEAR PRO HAC VICE - 2

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173