Charles W. Ra, Jr.
LAW OFFICE OF CHARLES W., JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Telephone: (907) 274-4839

THOMAS M. GEISNESS 1878
The Geisness Law Firm
Colman Building, Suite 675
811 First Avenue
Seattle, WA. 98104
Telephone: (206) 728-8866

Attorneys for Plaintiff

HONORABLE TIMOTHY M. BURGESS

RECEIVED
DEC 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NICHOLAS DANISCHEWSKY,

v.

MITCHELL L. EIDE; and the F/V WIND WALKER, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*,

Defendants.

NO. CV06-00168TMB

DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Name of Declarant:   THOMAS M. GEISNESS

**I declare** that I am not a resident of the District of Alaska, am not regularly employed in the District of Alaska, and am not regularly engaged in business, professional, or law-related activities in the District of Alaska, and that:

1. I have not been known by any other name.

2. My addresses are:

   a. Residence:   Bainbridge Island, WA 98110

   b. Office:   811 First Avenue, Suite 675
                Seattle, WA 98104

3. I have been admitted to practice in the following courts on the dates noted:

   United States Supreme Court – 1985

DECLARATION IN SUPPORT OF APPLICATION
TO APPEAR PRO HAC VICE- 1

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173

U.S. Court of Appeals 9th Circuit – 1973
U.S. District Court Eastern District of Washington – 2002
U.S. District Court Western District of Washington – 1968
State of Washington – 1968

4. I am in good standing, not the subject of any pending disciplinary action and eligible to practice in the following courts:

All of the courts identified in the above paragraph.

5. I am not currently nor have I ever been suspended or disbarred in any other court.

6. I have read and am familiar with the local rules for this Court.

6. I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Alaska and maintains an office in this district, with the address and telephone fax number noted:

Charles W. Ray, Jr.
LAW OFFICE OF CHARLES W., JR., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Telephone: (907) 274-4839

7. A certificate of good standing with the State of Washington is attached.

8. Payment of the $150 assessment for limited admission has been made by a check to the Clerk, United States District Court, District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/22/06

Thomas M. Geisness

I CERTIFY that a copy of the foregoing was sent by _____/
sent by mail/hand delivered
this 29 day of Dec, 2006
to Terence S Cox

By Diana Crane
Secretary to Charles W Ray Jr

DECLARATION IN SUPPORT OF APPLICATION
TO APPEAR PRO HAC VICE- 2

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173