**RECEIVED**

DEC 2 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00129634 - SF
December 28, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 6855XX-N | 06-168CV | | 150.00 CK |

TOTAL → 150.00

FROM: THE GEISNESS LAW FIRM FOR
THOMAS M. GEISNESS
A06-168TMB