**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Laura S. Raffetto (SBN 215543)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants,
MITCHELL L. EIDE; and
the F/V WIND WALKER

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL L. EIDE; AND THE F/V WIND WALKER, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*, <br><br> Defendants. | Case No.: 3:06-CV-00168TMB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES** |

For the reasons stated below, the plaintiff and defendant in the above-entitled action hereby submit this Stipulation and [Proposed] Order to continue the discovery deadlines and request that this Court set new dates accordingly. Good cause exists for this stipulated request as demonstrated by the following:

1. The plaintiff filed the complaint in this matter on July 12, 2006. Pursuant to extensions granted by the Plaintiff, Defendants Mitchell L. Eide and the F/V WIND WALKER filed their answer November 20, 2006;

2. The parties prepared and filed a Joint Scheduling and Planning Conference Report on December 19, 2006, setting forth agreed upon deadlines for the pre-trial development of this matter;

3. At the time of the Joint Scheduling and Planning Conference Report the plaintiff had not scheduled and did not anticipate having surgery to his injured knee;

4. On December 28, 2006, the Honorable Judge Timothy M. Burgess issued a Scheduling and Planning Order based on the parties Joint Scheduling and Planning Conference Report;

5. Since that time the parties have been diligently participating in discovery including the exchange of written discovery and scheduling of depositions;

6. However, since the filings of the Joint Scheduling and Planning Conference Report and Judge Burgess's Scheduling and Planning Order, the plaintiff elected to undergo major knee and ligament surgery;

7. The plaintiff's surgery was performed on March 15, 2007. His doctor anticipates nine (9) months of convalescence to recover from this surgery;

8. While the plaintiff's deposition was originally scheduled for Tuesday, March 6, 2007, his deposition was continued in light of his surgery to Tuesday, June 26, 2007;

9. Once the plaintiff's deposition is completed, the parties anticipate taking the depositions of the defendant and the other crew members in late July or early August in Alaska, and conducting a vessel inspection at the same time;

10. Defense counsel also anticipates scheduling an independent medical evaluation of the plaintiff for September 2007 and taking the deposition of his primary treating physician shortly thereafter.

The undersigned counsel have met and conferred concerning this stipulation. In light of the above, the parties therefore respectfully request that this Court continue the current discovery cut-off of July 31, 2007, (including all attendant deadlines) for an two (2) months.

The parties agree that facsimile signatures shall constitute an original for the purposes of this stipulation.

///

///

///

///

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.WindWalker/2336

-2-   Case No. 3:06-CV-00168TMB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES

IT IS SO STIPULATED.

Dated: June ____, 2007

THE GEISNESS LAW FIRM
Attorneys for Plaintiff
NICHOLAS DANISCHEWSKY

By: _____
Thomas M. Geisness

Dated: June 15, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants,
MITCHELL L. EIDE and THE F/V WIND WALKER

By _____
Terence S. Cox

### ORDER

Pursuant to the stipulation of the parties and good cause appearing thereon, IT IS HEREBY ORDERED, that the following dates shall apply in this matter:

1) Expert witness disclosures in accordance with Rule 26(a)(2) must be made on or before August 17, 2007, for plaintiff and on or before August 31, 2007, for defendant;

2) On or before August 17, 2007, each party shall serve and file a final, revised witness list which unless specifically stated must include expert as well as lay witnesses;

3) All discovery must be scheduled so as to be completed by September 30, 2007;

4) That all attendant deadlines be continued accordingly.

Dated: June ____, 2007

_____
HONORABLE TIMOTHY M. BURGESS
United States District Judge

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.WindWalker/2336

-3-   Case No. 3:06-CV-00168TMB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES