**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| NICHOLAS DANISCHEWSKY,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL L. EIDE; AND THE F/V WIND WALKER, Official Number 648796, her machinery, equipment, appurtenances and cargo, *in rem*,<br><br>Defendants. | Case No.: 3:06-cv-00168 TMB<br><br>**ORDER TO CONTINUE DISCOVERY DEADLINES** |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing thereon, IT IS HEREBY ORDERED, that the following dates shall apply in this matter:

1) Expert witness disclosures in accordance with Rule 26(a)(2) must be made on or before August 17, 2007, for plaintiff and on or before August 31, 2007, for defendant;

2) On or before August 17, 2007, each party shall serve and file a final, revised witness list which unless specifically stated must include expert as well as lay witnesses;

3) All discovery must be scheduled so as to be completed by September 30, 2007;

4) That all attendant deadlines be continued accordingly.

Dated: June 18, 2007         /s/ Timothy M. Burgess
                             HONORABLE TIMOTHY M. BURGESS
                             United States District Judge