Charles W. Ray, Jr.
CHARLES W. RAY, JR., P.C.
205 E. Dimond Blvd., #531
Anchorage, AK 99515
(907) 274-4839
Lawyer for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY,      ) | IN ADMIRALTY |
| ) | |
| Plaintiff,      ) | Case No. 3:06-CV-00168 (TMB) |
| ) | |
| vs.      ) | |
| ) | |
| MITCHELL L. EIDE; and      ) | |
| the F/V WIND WALKER,      ) | |
| Official Number 648796, her      ) | |
| machinery, equipment, appurtenances      ) | |
| and cargo, *in rem*,      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

NOTICE OF CHANGE OF ADDRESS

Charles W. Ray, Jr., counsel for Plaintiff Nicholas Danischewsky, gives notice that his address for both mail and personal service, but not electronic service, has changed to the following:

> Charles W. Ray, Jr., P.C.
> 205 E. Dimond Blvd., #531
> Anchorage, AK 99515

Mr. Ray's telephone and facsimile numbers, and e-mail address, are unchanged.

NOTICE OF CHANGE OF ADDRESS
Danischewsky v Eide, et al.
Page 1 of 2    Danischewsky    Add Change.wpd

**DATED  21 December 2007**
/s/Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
205 E. dimond Blvd., #531
Anchorage, AK 99515
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
          craylaw@aol.com
ABA# 8406048


CERTIFICATE OF SERVICE

I hereby certify that on 21 December 2007, a copy of the foregoing Notice of Change of Addresst was served electronically and by other means on the following:

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox
Laura S. Raffetto
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601
tcox@cwghp.com
lraffeto@cwghp.com

Thomas M. Geisness
The Geisness Law Firm
811 1st Avenue, Suite 675
Seattle, WA 98104
bob@geisnesslaw.com

By: /s/Charles W. Ray, Jr.

NOTICE OF CHANGE OF ADDRESS
Danischewsky v Eide, et al.
Page 2 of 2    Danischewsky    Add Change.wpd