**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  NICHOLAS DANISCHEWSKY     v.    MITCHELL L. EIDE, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                                    CASE NO.  3:06-cv-00168-TMB

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 3, 2008

     By order filed December 18, 2007, the court called upon the parties to report on the readiness of this case for trial. No report has been filed. Counsel shall confer with one another and file the required report on or before fifteen (15) days from the date of this minute order.

[]{IID2.WPD*Rev.12/96}