UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS DANISCHEWSKY, ) | Case No.: 3:06-CV-00168TMB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER OF |
| v. ) | DISMISSAL WITH PREJUDICE |
| ) | |
| MITCHELL L. EIDE; AND THE F/V ) | |
| WIND WALKER, Official Number ) | |
| 648796, her machinery, equipment, ) | |
| appurtenances and cargo, *in rem*, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the Plaintiff, Nicholas Danischewsky, and Defendant, Mitchell L. Eide; and the F/V Wind Walker, through their undersigned counsel of record, that the above-entitled action has been settled and should be dismissed against all parties with prejudice and without costs to any party.

Dated this 16th day of January, 2008.

CHARLES W. RAY, JR. LAW OFFICES

By _____
CHARLES W. RAY, JR. / ID #8406048
THOMAS M. GEISNESS, WSBA #1878
Attorneys for Plaintiff

COX, WOOTON, GRIFFIN, HANSEN

By _____
TERENCE S. COX / SBN #76142
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL - 1

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173

1  ORDER

2  Based upon the foregoing stipulation,

3  IT IS HEREBY ORDERED that all claims against all parties in this matter are

4  dismissed with prejudice and without costs to any party.

5  DATED this _____ day of _____, 2008.

6

7

8  _____
   Judge or Court Commissioner

9  Presented by:

10 CHARLES W. RAY, JR. LAW OFFICES

11

12 By _____
   Charles W. Ray, Jr., ID #8406048
13 Thomas M. Geisness, WSBA #1878
   Attorneys for Plaintiff
14

15 Approved as to form, copy received;
   Notice of presentation waived:
16
   COX, WOOTON, GRIFFIN, HANSEN
17

18 By _____
   Terence S. Cox, SBN #76142
19 Attorney for Defendants

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL - 2

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173