Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
205 E. Dimond Blvd., #531
Anchorage, AK  99515

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| NICHOLAS DANISCHEWSKY, | ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) | Case no. 3:06-CV-00168 (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| MITCHELL L. EIDE; and | ) | |
| the F/V WIND WALKER, | ) | |
| Official Number 648 796, her | ) | |
| machinery, equipment, appurtenances | ) | |
| and cargo, *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF ATTACHMENT

Charles W. Ray, Jr., counsel for Plaintiff Nicholas Danischewsky, and in accordance with the Court staff's direction, submits as an attachment to this document a proposed order of dismissal for execution and entry by the Court, the parties having stipulated to the entry of same as reflected at Docket 20.

Notice of Attachment
*Danischewsky v. Eide*, et al
Page 1of 2   346.1   Not-Dismiss.wpd

**DATED 22 January 2008**
/s/Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
205 E. Dimond Blvd., #531
Anchorage, AK  99515
Phone (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048

CERTIFICATE OF SERVICE

I hereby certify that on 22 January 2008, a copy of the foregoing Notice of Attachment, with proposed Order, was served electronically on the following:

COX, WOOTTON, GRIFFIN, HANSEN
& POULOS, LLP
Terence S. Cox
Laura S. Raffetto
190 The Embarcadero
San Francisco, CA  94105
Phone (415) 438-4600
Fax (415) 438-4601
tcox@cwghp.com
lraffeto@cwghp.com

and by other means on:

Thomas M. Geisness
The Geisness Law Firm
811 1at Av., Suite 675
Seattle, WA  98104
bob@geisneslaw.com

By: /s/ Charles W. Ray, Jr.