## ORDER

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED that all claims against all parties in this matter are dismissed with prejudice and without costs to any party.

DATED this _____ day of _______________, 2008.

_______________________________
Judge or Court Commissioner

Presented by:

CHARLES W. RAY, JR. LAW OFFICES

By ______________________
Charles W. Ray, Jr., ID #8406048
Thomas M. Geisness, WSBA #1878
Attorneys for Plaintiff

Approved as to form, copy received;
Notice of presentation waived:

COX , WOOTON, GRIFFIN, HANSEN

By ______________________
Terence S. Cox, SBN #76142
Attorney for Defendants



THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173