Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
205 E. Dimond Blvd., #531
Anchorage, AK  99515

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| NICHOLAS DANISCHEWSKY, | ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) | Case no. 3:06-CV-00168 (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| MITCHELL L. EIDE; and | ) | |
| the F/V WIND WALKER, | ) | |
| Official Number 648 796, her | ) | |
| machinery, equipment, appurtenances | ) | |
| and cargo, *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

NOTICE OF ATTACHMENT

Charles W. Ray, Jr., counsel for Plaintiff Nicholas Danischewsky, and in accordance with the Court staff's direction of 23 January 2007, submits as an attachment to this document a [Proposed] Order of Dismissal for execution and entry by the Court, the parties having stipulated to the entry of same as reflected at Docket 20.

**DATED 24 January 2008**
/s/Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
205 E. Dimond Blvd., #531
Anchorage, AK  99515
Phone (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
         craylaw@aol.com
ABA# 8406048


CERTIFICATE OF SERVICE

I hereby certify that on 24 January 2008, a copy of the foregoing Notice of Attachment, with [Proposed] Order of Dismissal, was served electronically on the following:

Laura S. Raffetto
COX, WOOTTON, GRIFFIN, HANSEN
& POULOS, LLP
190 The Embarcadero
San Francisco, CA  94105
Phone (415) 438-4600
Fax (415) 438-4601
lraffeto@cwghp.com

and by other means on:

Terence S. Cox
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA  94105

Thomas M. Geisness
The Geisness Law Firm
811 1at Av., Suite 675
Seattle, WA  98104
bob@geisneslaw.com

By: /s/ Charles W. Ray, Jr.


Notice of Attachment
*Danischewsky v. Eide*, et al, 3:06-cv-168
Page 2of 2   346.1   Not-Dismiss2.wpd