# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| NICHOLAS DANISCHEWSKY, | ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) | Case no. 3:06-cv-00168 TMB |
| | ) | |
| vs. | ) | |
| | ) | |
| MITCHELL L. EIDE; and | ) | |
| the F/V WIND WALKER, | ) | |
| Official Number 648 796, her | ) | |
| machinery, equipment, appurtenances | ) | |
| and cargo, *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of the parties filed at Docket 20, and pursuant to Fed. R. Civ. P. 41(a)(2), any and all claims or counterclaims that were or could have been brought in this matter are dismissed with prejudice, each party to bear its own costs and fees.

It is so ORDERED this 25th day of January, 2008.


/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE